# EXHIBIT "A"

# Paterson Police Department

**FILE CONTROL #** 2019-001306

111 BROADWAY PATERSON, NEW JERSEY 07505

**MUNICIPAL CODE:** NJ-001608

OFFENSE REPORT [ ]   INCIDENT REPORT [X]

| U.C.R CLASS | U.C.R CODE | SUPP. | | | |
|---|---|---|---|---|---|

- [ ] MISSING PERSON
- [ ] STOLEN VEHICLE
- [ ] CIVIL
- [ ] NARCOTICS/ABC VIOLATION
- [ ] JUVENILE
- [ ] DOMESTIC VIOLENCE
- [ ] RETURN MISSING PERSON
- [ ] RECOVERED STOLEN VEH.
- [ ] MISCELLANEOUS

**TYPE OF CRIME/INCIDENT:** EDP

**LOCATION OF CRIME/INCIDENT:** 111 Broadway

| DATE OF REPORT | DAY OF WEEK | TIME OF REPORT |
|---|---|---|
| 1/5/19 | 7 | 0413 |

| DIVISION/SQUAD | UNIT # | DISTRICT |
|---|---|---|
| R/Ptr. ol | 107 | 113 |

**TIME OF OCCURRENCE:** 0413  AT [X]   BETWEEN [ ]
**DATE:** 1/5/19   **DAY OF WEEK:** 7

CAN SUSPECT BE IDENTIFIED? YES NO
CAN SUSPECT BE LOCATED? YES NO

EVIDENCE RECOVERED: YES NO
UNIQUE M.O. PRESENT: YES NO

**AMB ON SCENE:** PFD 94

---

**NAME RECORD CODES:** V=VICTIM, C=COMPLAINANT, D=DISCOVERER

| CODE | NAME (LAST, FIRST, M.I) | SEX | RACE | PRIMARY LANG. | DATE OF BIRTH |
|---|---|---|---|---|---|
| EDP | Lowery, Jameek | M | Blk | Eng | [redacted] |

**ADDRESS:** [redacted] **CITY/STATE:** Paterson

**OCCUPATION:** UNK

---

**OFFICER #1:** M. Lucero   **I.D.#** 4926
**OFFICER #2:** K. Wanamaker   **I.D.#** 4947
**SUPERVISOR REVIEW:** [signature]

P.P.D FORM 12A REVISED 12/2014   NARRATIVE ON REVERSE   PAGE 1 OF 1

LOWERY-141

File # 19-001306

Dispatched to 111 Broadway, (H.Q) on a report of someone trying to kill him. Upon arrival, these officers along with Unit 109 made contact with Mr. Jameek Lowery at the main desk who stated that someone was trying to kill him by the Wendy's, located at 145 Broadway. Mr. Lowery became very irate towards these officers, at this time Unit 109, (Officer Mike Avila), and Unit 107(Officer Kyle Wanamaker and Officer Mucio Lucero escorted Mr. Lowery towards PFD 94 and placed him in the back of the ambulance.

Mr. Lowery became extremely irate when placed in the back of PFD 94. These officers used force and compliance holds to restrain Mr. Lowery due to the fact that he struck Officer Kyle Wanamaker and Officer Mucio Lucero in the face. These officers then placed handcuffs on each hand of Mr. Lowery's and restrained him to the gurney. Due to Mr. Lowery's state of mind, these officers decided not to file criminal charges for Aggravated Assault on Law Enforcement Officer. Mr. Lowery was transported to St. Josephs Hospital for medical treatment. For further information, refer to Unit 109 report.

A use of force report was completed, and is attached to this report.

M. Lucero #4926      #4947

# Paterson Police Department

**FILE CONTROL #** 19-001306

111 BROADWAY PATERSON, NEW JERSEY 07505
MUNICIPAL CODE NJ-001608

☐ OFFENSE REPORT   ☒ INCIDENT REPORT

| U.C.R CLASS | U.C.R CODE | SUPP. | | | TYPE OF CRIME / INCIDENT |
|---|---|---|---|---|---|
| | | | ☐ JUVENILE | ☐ DOMESTIC VIOLENCE | EDP |
| | | | ☐ MISSING PERSON | ☐ RETURN MISSING PERSON | |
| DATE OF REPORT | DAY OF WEEK | TIME OF REPORT | ☐ STOLEN VEHICLE | ☐ RECOVERED STOLEN VEH. | LOCATION OF CRIME / INCIDENT |
| 1-5-19 | 7 | 0413 | ☐ CIVIL | ☐ MISCELLANEOUS | 111 BROADWAY |
| DIVISION/SQUAD | UNIT # | DISTRICT | ☐ NARCOTICS / ABC VIOLATION | | INSIDE ☒  OUTSIDE ☐ |
| B3 | 09 | 113 | | | |

TIME OF OCCURRENCE: 0413   DATE: 1-5-19   DAY OF WEEK: 6

AMB ON SCENE: YES — 94

| NAME RECORD CODES | CODE | NAME (LAST, FIRST, M.I.) | SEX | RACE | PRIMARY LANG. | DATE OF BIRTH |
|---|---|---|---|---|---|---|
| V=VICTIM, C=COMPLAINANT, D=DISCOVERER | EDP | LOWERY, JAMEEK | M | | ENG | |

CITY/STATE: PATERSON

GRADE/SCHOOL: U/K

OFFICER: AVILA   I.D. #: 4589

LOWERY 143

| PATERSON POLICE DEPARTMENT | NARRATIVE | FILE CONTROL # 19-001306 |

DISPATCHED TO 111 BROADWAY ON A REPORT OF SOMEONE TRYING TO KILL HIM. WHILE ENROUTE, A UNIT AT THE MAIN DESK INFORMED HQ TO HAVE PFD RESPOND, AS THE MALE IS IN PTSD. UPON ARRIVAL, I APPROACHED THE MALE (LATER IDENTIFIED AS JAHEEK LOWERY) BY THE OUTSIDE DOUBLE DOOR, IN A TERRIFIED STATE OF MIND. AT THIS TIME, I ASKED MR. LOWERY AS TO WHOM IS TRYING TO KILL HIM. MR. LOWERY THEN STATED, "YOU ARE... WHY ARE YOUR HANDS IN YOUR POCKET... YOU HAVE A GUN IN THERE". I THEN REMOVED MY HANDS FROM MY LEATHER JACKET. IN MY RIGHT HAND, I SHOWED MR. LOWERY I HAVE A CAN OF CITRUS ICOAL (CHEWING TOBACCO), AND MY LEFT HAND WAS A STRING FROM MY JACKET. MR. LOWERY THEN SLOWLY PROCEEDED TO WALK OUTSIDE, IN THE DIRECTION OF THE AMBULANCE (#94). HOWEVER, MR. LOWERY BACK TRACKED AND SAID, "NO YOU'RE GOING TO KILL ME". I ADVISED MR. LOWERY AS TO WHAT THE SERIES OF EVENTS WILL TRANSPIRE. I EXPLAINED TO MR. LOWERY HE DID NOT COMMIT ANY CRIMINAL WRONGDOING. SECOND, I INFORMED MR. LOWERY UPON ENTERING THE AMBULANCE, MYSELF AND UNIT 107 ARE NO LONGER REQUIRED. MR. LOWERY WAS ADAMANT ABOUT THESE OFFICERS ATTEMPTING TO SHOOT HIM. AFTER SEVERAL MINUTES OF DIALOGUE, I REALIZED MY ATTEMPT TO EXPLAIN THE SITUATION TO MR. LOWERY WERE FUTILE. MYSELF AND UNIT 107 NOTICED A SUBSTANTIAL AMOUNT OF 'WHITE FOAM' COVERED HIS MOUTH. AFTER 14 YEARS OF EXPERIENCE IN LAW ENFORCEMENT, I REALIZED MR. LOWERY WAS UNDER THE INFLUENCE OF NARCOTICS (UNBEKNOWNST AS TO WHAT SPECIFIC NARCOTIC(S)). MYSELF AND UNIT 107 THEN ESCORTED MR. LOWERY INTO PFD #94. WHILE INSIDE THE AMBULANCE, MR. LOWERY REFUSED TO SIT DOWN ON THE BENCH. MR. LOWERY THEN ATTEMPTED TO LEAVE THE AMBULANCE. DUE TO MR. LOWERY'S STATE OF MIND, HE COULD NOT LEAVE DUE TO THE FACT HE IS A RISK TO HIMSELF AND OTHERS. THESE OFFICER'S ATTEMPTED TO RESTRAIN MR. LOWERY ON THE GURNEY WITH THE SEATBELT. UNFORTUNATELY, MR. LOWERY WAS ABLE TO BREAK FREE OF ONE OF THE RESTRAINTS (TORSO STRAP). MR. LOWERY THEN KICKED MYSELF IN THE GROIN, AND SPIT AT THIS OFFICER ON THE LEFT ARM. MR. LOWERY THEN ASSAULTED BOTH OFFICERS

ADDITIONAL REPORTS USED ☒ YES ☐ NO

LOWERY 144

# PATERSON POLICE DEPARTMENT

BROADWAY PATERSON, NEW JERSEY 07501
MUNICIPAL CODE NJ-001608

**FILE CONTROL #** 19-001306
**CONTINUATION REPORT**

NAME RECORD CODES: V = VICTIM, C = COMPLAINANT, W = WITNESS, D = DISCOVERER, J = JUVENILE, MP = MISSING PERSON, S = SUSPECT, A = ARRESTED, IP = INVOLVED PERSON, SP = SUSPICIOUS PERSON

[Form blank — multiple Name Record entry sections with fields for Code, Name (Last, First, M.I.), Sex, Race, Height, Weight, Hair, Eyes, Complex., Facial Hair, Address, Apt/FL, City/State, Date of Birth, Age, Social Security #, Phone/Contact #, Alias Info, Clothing Description, Gang Affiliation (Unknown/No/Yes), Known to Frequent, Scars/Marks/Tattoo, Occupation, Employer/School, Address, City/State, Business Phone #, Working Hours, Parent/Guardian Name (Last, First, M.I.), Released to & Relation, Location Released: Home/Other, Signature]

OFFICER #1 _____ I.D. # _____
OFFICER #2  Avila   I.D. # 484
SUPERVISOR REVIEW _____
☐ REPORTS USED   ☐ YES  ☒ NO
PAGE 3 OF 4

LOWERY 145

# PATERSON POLICE DEPARTMENT

111 BROADWAY PATERSON, NEW JERSEY 07501

MUNICIPAL CODE NJ-001608

FILECONTROL# 19-001306

## CONTINUATION REPORT

S = STOLEN, R = RECOVERED, E = EVIDENCE

### CONTINUED PROPERTY RECORD

| ITEM # | NAME RECORD | S/R/E | QTY | MAKE | PROPERTY DESCRIPTION | MODEL # | SERIAL # | EST. VALUE | PROPERTY TAG |
|---|---|---|---|---|---|---|---|---|---|
| | | | | →  | M | A | | | |

| VALUE OF STOLEN PROPERTY | CURRENCY | JEWELRY | CLOTHING | VEHICLE | TOOLS | MISCELLANEOUS | TOTAL AMOUNT | ADDITIONAL PROPERTY REPORTED / CONTINUATION USED ☐ |
|---|---|---|---|---|---|---|---|---|

### NARRATIVE CONTINUATION

IN UNIT 107. AFTER USING COMPLIANCE HOLDS (WRIST LOCKS, ARM LOCKS), THESE OFFICERS WERE ABLE TO HANDCUFF EACH ARM TO THE LEFT/RIGHT SIDE OF THE GURNEY. OFF. WANAMAKER AND MYSELF RODE INSIDE THE AMBULANCE DUE TO MR LOWERY'S COMBATIVE DEMEANOR. I STRADDLED MR. LOWERY BY HIS SHIN AREA, TO PREVENT MR LOWERY FROM KICKING. ONCE AT ST. JOE'S, I ADVISED BOTH OFFICERS IN UNIT 107 TO CONTACT SECURITY AND ER PERSONNEL TO PROCEED TO THE AMBULANCE. MR. LOWERY WAS THEN REMOVED FROM THE AMBULANCE, AND RUSHED INTO ER AS A WORKING CPR. I THEN CONTACTED SGT. DEANHELIS, WHO RESPONDED TO ST. JOE'S. DR. KAROUHOUS THEN REVIVED MR. LOWERY.

    A USE OF FORCE REPORT WAS COMPLETED AND ATTACHED TO THIS REPORT.

| OFFICER # 1 | | I.D. # | OFFICER # 2 Avila | I.D. # 4589 | SUPERVISOR REVIEW |
|---|---|---|---|---|---|

ADDITIONAL REPORTS USED ☐ YES ☒ NO

P.P.D PD PM #28 REVISED 7/2005

PAGE 4 OF 4

LOWERY 146