# EXHIBIT
# "B"

# Paterson Police Department

| | Municipal Code NJ-001608 | USE OF FORCE REPORT | |
|---|---|---|---|
| | | | 1. FILE CONTROL NUMBER 2019-001306 |

| 2. DATE OF REPORT 1 5 19 | 3. DAY/W 7 | 4. TIME OF REPORT 0413 | 5. DIV. Patrol | 6. DIST. | 7. UNIT 107 | | | | |
|---|---|---|---|---|---|---|---|---|---|

| 10. TYPE OF CRIME/INCIDENT EDP | 11. APT.# — | 12. LOCATION OF CRIME / INCIDENT 111 Broadway | | ☑ INSIDE ☐ OUTSIDE | 13. TAVERN NUMBER |
|---|---|---|---|---|---|

| 14. TIME OF OCCURRENCE 0413 | 15a. HOUR 0413 | 16a. DATE 1/5/19 | 17a. DAY 7 | 16. TYPE OF INCIDENT | ☐ CRIME IN PROGRESS ☐ SUSPICIOUS PERSON | ☐ DOMESTIC VIOLENCE ☐ TRAFFIC VIOLATION | ☐ OTHER DISPUTE ☑ OTHER(Expla In): EDP |
|---|---|---|---|---|---|---|---|

**SUSPECT INFORMATION (List only those suspects who were subjects of police use of force):**

| | | | | | | | | | | CHECK YES ONLY FOR INJURY/ HOSPITAL RESULTING FROM POLICE USE OF FORCE |
|---|---|---|---|---|---|---|---|---|---|---|

| 19. Suspect #1 Name (Last, First, M.I.) Lowery, Jinkeem | Arrested? N | Charge(s): — | Sex M | Race BlK | Age 27 | Weapon? NO | Injured? — | Hospital? Yes |
|---|---|---|---|---|---|---|---|---|

| Intoxicated? UN K | Other Unusual Condition? | TYPE OF FORCE USED (Check all that apply): | ☑ Compliance Hold ☐ Chemical/Natural Agent | ☑ Hands and/or fists ☐ Kicks and/or feet | ☐ Striking with baton or other object ☐ Canine | ☐ Other Force (Explain): |
|---|---|---|---|---|---|---|

| | | FIREARMS DISCHARGE: | ☐ Intentional Discharge | ☐ Accidental Discharge | Number of Shots Fired: | Number of Hits: |
|---|---|---|---|---|---|---|

| 20. Suspect #2 Name (Last, First, M.I.) | Arrested? | Charge(s): | Sex | Race | Age | Weapon? | Injured? | Hospital? |
|---|---|---|---|---|---|---|---|---|

| Intoxicated? | Other Unusual Condition? | TYPE OF FORCE USED (Check all that apply): | ☐ Compliance Hold ☐ Chemical/Natural Agent | ☐ Hands and/or fists ☐ Kicks and/or feet | ☐ Striking with baton or other object ☐ Canine | ☐ Other Force (Explain): |
|---|---|---|---|---|---|---|

| | | FIREARMS DISCHARGE: | ☐ Intentional Discharge | ☐ Accidental Discharge | Number of Shots Fired: | Number of Hits: |
|---|---|---|---|---|---|---|

| 21. Suspect #3 Name (Last, First, M.I.) | Arrested? | Charge(s): | Sex | Race | Age | Weapon? | Injured? | Hospital? |
|---|---|---|---|---|---|---|---|---|

| Intoxicated? | Other Unusual Condition? | TYPE OF FORCE USED (Check all that apply): | ☐ Compliance Hold ☐ Chemical/Natural Agent | ☐ Hands and/or fists ☐ Kicks and/or feet | ☐ Striking with baton or other object ☐ Canine | ☐ Other Force (Explain): |
|---|---|---|---|---|---|---|

| | | FIREARMS DISCHARGE: | ☐ Intentional Discharge | ☐ Accidental Discharge | Number of Shots Fired: | Number of Hits: |
|---|---|---|---|---|---|---|

**LEVEL OF SUSPECT(S) RESISTANCE (Check all that apply):**

| Suspect... | SUSPECT #1 | SUSPECT #2 | SUSPECT #3 |
|---|---|---|---|
| ... Resisted Police Officer control | ✓ | | |
| ...Physically attacked or threatened Police Officer. | ✓ | | |
| ... Threatened or attacked Police Officer with a blunt object. | | | |
| ... Threatened or attacked Police Officer with a knife or cutting object. | | | |
| ... Threatened or attacked Police Officer with a motor vehicle. | | | |
| ... Threatened Police Officer with a firearm. | | | |
| ... Fired at Police Officer | | | |
| ... Other (Specify): | | | |

**OFFICER INFORMATION**

| Officer's Name (Last, First, Middle) Lucero, Mucio | I.D. # 4926 | On- or Off-Duty? ON | Uniform or Plainclothes? Uniform | Officer Injured? — | Taken to Hospital? — |
|---|---|---|---|---|---|

| Signature of Officer: | Police Officer's Assignment: Patrol   B3 |
|---|---|

| Name of Supervisor (Print): | Supervisor's Signature: | I.D. # 4221 |
|---|---|---|

# Paterson Police Department

| | Municipal Code NJ-001608 | USE OF FORCE REPORT | 1. FILE CONTROL NUMBER 2019-001306 |
|---|---|---|---|

| 2. DATE OF REPORT 1-5-19 | 3. DAY/W 7 | 4. TIME OF REPORT | 5. DIV. Patrol | 6. DIST. | 7. UNIT 107 | |
|---|---|---|---|---|---|---|

| 10. TYPE OF CRIME / INCIDENT | 11. APT. # | 12. LOCATION OF CRIME /INCIDENT 111 Broadway | ☑ INSIDE ☐ OUTSIDE | 13. TAVERN NUMBER |
|---|---|---|---|---|

| 14. TIME OF OCCURRENCE 0413 | 15a. HOUR | 16a. DATE 1-5-19 | 17a. DAY 7 | 18. TYPE OF INCIDENT | ☐ CRIME IN PROGRESS ☐ SUSPICIOUS PERSON | ☐ DOMESTIC VIOLENCE ☐ TRAFFIC VIOLATION | ☐ OTHER DISPUTE ☑ OTHER (Explain): EDP |
|---|---|---|---|---|---|---|---|

## SUSPECT INFORMATION (List only those suspects who were subjects of police use of force):

CHECK YES ONLY FOR INJURY/ HOSPITAL RESULTING FROM POLICE USE OF FORCE

| 19. Suspect #1 Name (Last, First, M.I.) Lowry Jackson | Arrested? N | Charge(s): — | Sex M | Race Blk | Age 27 | Weapon? NO | Injured? — | Hospital? Yes |
|---|---|---|---|---|---|---|---|---|
| Intoxicated? UNK | Other Unusual Condition? UNK | TYPE OF FORCE USED (Check all that apply):: ☑ Compliance Hold ☐ Chemical/Natural Agent | ☑ Hands and/or fists ☐ Kicks and/or feet | ☐ Striking with baton or other object ☐ Canine | ☐ Other Force (Explain): | | | |
| | | FIREARMS DISCHARGE: | ☐ Intentional Discharge | ☐ Accidental Discharge | Number of Shots Fired: | Number of Hits: | | |

| 20. Suspect #2 Name (Last, First, M.I.) | Arrested? | Charge(s): | Sex | Race | Age | Weapon? | Injured? | Hospital? |
|---|---|---|---|---|---|---|---|---|
| Intoxicated? | Other Unusual Condition? | TYPE OF FORCE USED (Check all that apply):: ☐ Compliance Hold ☐ Chemical/Natural Agent | ☐ Hands and/or fists ☐ Kicks and/or feet | ☐ Striking with baton or other object ☐ Canine | ☐ Other Force (Explain): | | | |
| | | FIREARMS DISCHARGE: | ☐ Intentional Discharge | ☐ Accidental Discharge | Number of Shots Fired: | Number of Hits: | | |

| 21. Suspect #3 Name (Last, First, M.I.) | Arrested? | Charge(s): | Sex | Race | Age | Weapon? | Injured? | Hospital? |
|---|---|---|---|---|---|---|---|---|
| Intoxicated? | Other Unusual Condition? | TYPE OF FORCE USED (Check all that apply):: ☐ Compliance Hold ☐ Chemical/Natural Agent | ☐ Hands and/or fists ☐ Kicks and/or feet | ☐ Striking with baton or other object ☐ Canine | ☐ Other Force (Explain): | | | |
| | | FIREARMS DISCHARGE: | ☐ Intentional Discharge | ☐ Accidental Discharge | Number of Shots Fired: | Number of Hits: | | |

## LEVEL OF SUSPECT(S) RESISTANCE (Check all that apply):

| Suspect... | SUSPECT #1 | SUSPECT #2 | SUSPECT #3 |
|---|---|---|---|
| ...Resisted Police Officer control. | ✓ | | |
| ...Physically attacked or threatened Police Officer. | ✓ | | |
| ...Threatened or attacked Police Officer with a blunt object. | | | |
| ...Threatened or attacked Police Officer with a knife or cutting object. | | | |
| ...Threatened or attacked Police Officer with a motor vehicle. | | | |
| ...Threatened Police Officer with a firearm. | | | |
| ...Fired at Police Officer | | | |
| ...Other (Specify): | | | |

## OFFICER INFORMATION

| Officer's Name (Last, First, Middle) Wanamaker Kyle R | I.D.# 4947 | On- or Off-Duty? On | Uniform or Plainclothes? Uniform | Officer Injured? — | Taken to Hospital? — |
|---|---|---|---|---|---|
| Signature of Officer: | | | Police Officer's Assignment: Patrol 13-3 | | |
| Name of Supervisor (Print): Chief | | | Supervisor's Signature: | | I.D.# 4461 |

LOWERY   167

# Paterson Police Department

| | Municipal Code NJ-001608 | USE OF FORCE REPORT | 1. FILE CONTROL NUMBER 2019-001306 |
|---|---|---|---|

| 2. DATE OF REPORT 1-5-19 | 3. DAY/W 7 | 4. TIME OF REPORT 0413 | 5. DIV. Patrol | 6. DIST. | 7. UNIT 109 |
|---|---|---|---|---|---|

| 10. TYPE OF CRIME/ INCIDENT EDP | 11. APT.# | 12. LOCATION OF CRIME / INCIDENT 111 Broadway | ☑ INSIDE ☐ OUTSIDE | 13. TAVERN NUMBER |
|---|---|---|---|---|

| 14. TIME OF OCCURRENCE 0413 | 16a. HOUR 0413 | 16a. DATE 1-5-19 | 17a. DAY 7 | 18 TYPE OF INCIDENT | ☐ CRIME IN PROGRESS ☐ SUSPICIOUS PERSON | ☐ DOMESTIC VIOLENCE ☐ TRAFFIC VIOLATION | ☐ OTHER DISPUTE ☑ OTHER (Explain): EDP |
|---|---|---|---|---|---|---|---|

**SUSPECT INFORMATION (List only those suspects who were subjects of police use of force):**

CHECK YES ONLY FOR INJURY/ HOSPITAL RESULTING FROM POLICE USE OF FORCE

| 19. Suspect #1 Name (Last, First, M.I.) Lowery  Jakeem | Arrested? N | Charge(s): — | Sex M | Race BLK | Age 27 | Weapon? N/O | Injured? — | Hospital? Yes |
|---|---|---|---|---|---|---|---|---|
| Intoxicated? | Other Unusual Condition? | TYPE OF FORCE USED (Check all that apply): | ☐ Compliance Hold ☐ Chemical/Natural Agent | ☐ Hands and/or fists ☐ Kicks and/or feet | ☐ Striking with baton or other object ☐ Canine | | ☐ Other Force (Explain): |
| | | FIREARMS DISCHARGE: | ☐ Intentional Discharge | ☐ Accidental Discharge | Number of Shots Fired: | | Number of Hits: |

| 20. Suspect #2 Name (Last, First, M.I.) | Arrested? | Charge(s): | Sex | Race | Age | Weapon? | Injured? | Hospital? |
|---|---|---|---|---|---|---|---|---|
| Intoxicated? | Other Unusual Condition? | TYPE OF FORCE USED (Check all that apply): | ☐ Compliance Hold ☐ Chemical/Natural Agent | ☐ Hands and/or fists ☐ Kicks and/or feet | ☐ Striking with baton or other object ☐ Canine | | ☐ Other Force (Explain): |
| | | FIREARMS DISCHARGE: | ☐ Intentional Discharge | ☐ Accidental Discharge | Number of Shots Fired: | | Number of Hits: |

| 21. Suspect #3 Name (Last, First, M.I.) | Arrested? | Charge(s): | Sex | Race | Age | Weapon? | Injured? | Hospital? |
|---|---|---|---|---|---|---|---|---|
| Intoxicated? | Other Unusual Condition? | TYPE OF FORCE USED (Check all that apply): | ☐ Compliance Hold ☐ Chemical/Natural Agent | ☐ Hands and/or fists ☐ Kicks and/or feet | ☐ Striking with baton or other object ☐ Canine | | ☐ Other Force (Explain): |
| | | FIREARMS DISCHARGE: | ☐ Intentional Discharge | ☐ Accidental Discharge | Number of Shots Fired: | | Number of Hits: |

**LEVEL OF SUSPECT(S) RESISTANCE (Check all that apply):**

| Suspect... | SUSPECT #1 | SUSPECT #2 | SUSPECT #3 |
|---|---|---|---|
| ... Resisted Police Officer control. | ✓ | | |
| ...Physically attacked or threatened Police Officer. | ✓ | | |
| ... Threatened or attacked Police Officer with a blunt object. | | | |
| ... Threatened or attacked Police Officer with a knife or cutting object. | | | |
| ... Threatened or attacked Police Officer with a motor vehicle. | | | |
| ... Threatened Police Officer with a firearm. | | | |
| ... Fired at Police Officer | | | |
| ... Other (Specify): | | | |

**OFFICER INFORMATION**

| Officer's Name (Last, First, Middle) Arin/ Michael | I.D. # 4581 | On- or Off-Duty? ON | Uniform or Plainclothes? U | Officer Injured? NO | Taken to Hospital? NO |
|---|---|---|---|---|---|
| Signature of Officer 4581 | | Police Officer's Assignment: PATROL B3 | | | |
| Name of Supervisor (Print): Chess | | Supervisor's Signature: | | | I.D. # 4111 |