

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

May 30, 2023

**Via ECF**

Hon. André M. Espinosa, U.S.M.J.
U.S. District Court District of New Jersey
Martin Luther King, Jr. Courthouse
50 Market Street
Newark, NJ 07101

    Re:    ***Duncan v. City of Paterson, et al***
              **Civil Action No. 20-8471**

Dear Judge Espinosa:

This office represents the City of Paterson (the "City") in the above captioned matter. Please accept this letter as a request for a 14-day extension to allow the City to file its motion for contribution. We are in the process of coordinating with city representatives to confirm the expenses required to produce the documents. Plaintiff's counsel has consented to this request.

If same is acceptable we respectfully request that Your Honor so order this letter, making the City's Motion due June 13, 2023.

Should the Your Honor require additional submissions, please do not hesitate to contact me.

                      Respectfully requested,

                      */s/ Victor A. Afanador*

                      Victor A. Afanador

VAA:cd
cc:    Counsel of Record (via ECF)

                      So Ordered:

                      _____
                      Hon. André M. Espinosa, U.S.M.J.

955696.1