UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAQUANA D. DUNCAN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PATERSON, et al., <br><br> Defendants. | Civil Action No. 20-08471-MEF-AME <br><br> **ORDER** |

**THIS MATTER** having come before the Court for a telephonic conference on September 13, 2023, during which it addressed the September 11, 2023 joint status letter [D.E. 78], Defendant City of Paterson's ("City") application for a protective order to shift fees and costs expended in providing certain discovery [D.E. 74], and Plaintiff's opposition thereto [D.E. 77]; and for the reasons stated on the record during the September 13 conference; and for good cause shown,

**IT IS** on this 14th day of September, 2023,

**ORDERED** that the City's application for a protective order is **DENIED**; and it is further

**ORDERED** that the fact discovery deadline is extended to October 13, 2023, only for the purpose of completing Plaintiff's deposition; and it is further

**ORDERED** that expert discovery shall proceed as ordered in the Court's Amended Scheduling Order of June 12, 2023 [D.E. 72]; and it is further

**ORDERED** that no further extensions of the discovery deadlines will be granted absent extraordinary circumstances; and it is further

**ORDERED** that the Court will hold a telephonic status conference on December 20, 2023, at 10:30 a.m., to be joined by dialing 866-434-5269, access code 1874589; and it is further

**ORDERED** that at least three business days prior to the conference, the parties shall file a joint status letter, not to exceed three pages double-spaced.

      /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

2